# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| EDEKKA LLC, | |
|             Plaintiff, | Case No. 2:14-cv-405 |
| v. | **LEAD CASE** |
| BARNEYS NEW YORK, INC., | |
|             Defendant. | |
| EDEKKA LLC, | |
|             Plaintiff, | Case No. 2:14-cv-421 |
| v. | **PATENT CASE** |
| DELUXE CORP., | **JURY TRIAL DEMANDED** |
|             Defendant. | |

## ORDER OF DISMISSAL OF DEFENDANT DELUXE CORP., WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Defendant Deluxe Corp., with Prejudice, filed by Plaintiff eDekka LLC ("eDekka")"¥ m0P q0322+.  Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all causes of action and claims asserted by eDekka against Deluxe Corp., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees, and expenses.

**So ORDERED and SIGNED this 29th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE